# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENA LEE ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.  1:22-cv-00239-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS AND SERVE DEFENDANT UNDER E-SERVICE PROGRAM<br><br>ORDER DENYING SECOND APPLICATION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br><br>(ECF Nos. 2, 3) |

Dena Lee Anderson ("Plaintiff") filed a complaint on February 25, 2022, challenging a final decision of the Commissioner of Social Security denying her application for disability benefits.  (ECF No. 1.)  Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (ECF Nos. 2, 3.)  While it appears Plaintiff used an application form from the Southern District of California, the application nevertheless demonstrates entitlement to proceed without prepayment of fees.  (See id.)

On April 14, 2020, General Order Number 615 issued staying all Social Security actions filed after February 1, 2020, until the Commissioner may begin normal operations at the Office

of Appellate Hearings Operations and may resume preparation of a certified copy of the administrative record. E.D. Cal. G.O. 615. On February 16, 2022, following notification from the Commissioner that preparation of administrative records has resumed, General Order Number 644 issued rescinding the Court's temporary stay in Social Security Matters, effective April 1, 2022. E.D. Cal. G.O. 644.

Accordingly, the Court shall order that the complaint in this action be served, and the matter will be stayed once service has been effected on Defendant, until April 1, 2022, at which time the stay of the action will be automatically lifted. The parties are hereby directed to paragraph 1 of the scheduling order to be issued in this action, which provides that service of the Defendant shall proceed under the Court's E-service program.

Plaintiff's second application to proceed *in forma pauperis* (ECF No. 3), which appears to be a duplicate filing, shall be denied as moot.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is GRANTED;
2. The Clerk of Court is DIRECTED to issue a summons and new case documents;
3. The Clerk of Court is DIRECTED to deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of this action along with the summons and complaint; and
4. Plaintiff's duplicate application (ECF No. 3) is DENIED AS MOOT.

IT IS SO ORDERED.

Dated: **February 28, 2022**

UNITED STATES MAGISTRATE JUDGE