# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENA LEE ANDERSON,<br><br>            Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No. 1:22-cv-00239-SAB<br><br>ORDER GRANTING STIPULATED MOTION EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 14) |

On February 22, 2023, the parties filed a stipulated motion requesting the deadline for Defendant to file an opposition brief be extended from February 27, 2023, to March 29, 2023. (ECF No. 17.) The Court finds good cause to grant the first extension.

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1.   The stipulated motion is GRANTED; and

2.   Defendant shall file an opposition brief on or before March 29, 2023.

IT IS SO ORDERED.

Dated:   **February 22, 2023**

_____
UNITED STATES MAGISTRATE JUDGE

1