# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENA LEE ANDERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:22-cv-00239-SAB<br><br>ORDER RE STIPULATION FOR AWARD OF ATTORNEY FEES AND COSTS<br><br>(ECF No. 18) |

Dena Lee Anderson ("Plaintiff") filed the complaint in this action on February 25, 2022. (ECF No. 1.) On February 24, 2023, the Court remanded the action for further proceedings and entered judgment in favor of Plaintiff. (ECF Nos. 16, 17.) On March 17, 2023, the parties filed a stipulation for the award of attorney fees in the amount of $8.500.00, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"). (ECF No. 18.) The award is without prejudice to the rights of counsel to seek attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA. (Id.)

/ / /

/ / /

/ / /

/ / /

/ / /

1   Accordingly, IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties, Plaintiff is awarded attorney fees under the EAJA in the amount of $8,500.00.

IT IS SO ORDERED.

Dated:  **April 7, 2023**

_____
UNITED STATES MAGISTRATE JUDGE